UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 20-1707
(8:20-cv-01212-PJM)

———————————

SHARON BAUER; RICHARD JURGENA

    Plaintiffs - Appellants

v.

MARC ELRICH, in his official capacity as Montgomery County Executive; RAYMOND L. CROWEL, in his official capacity as Director of Montgomery County Department of Health and Human Services

    Defendants - Appellees

UNITED STATES OF AMERICA

    Intervenor

------------------------------

STATE OF MARYLAND; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF MASSACHUSETTS; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; STATE OF VIRGINIA; STATE OF WASHINGTON; DISTRICT OF COLUMBIA; CITIES, COUNTIES, THE INTERNATIONAL MUNICIPAL LAWYERS ASSOCIATION, AND THE U.S. CONFERENCE OF MAYORS; CITY OF LOS ANGELES, CA; CITY OF OAKLAND, CA; CITY OF CHICAGO, IL; CITY OF SEATTLE, WA; COUNTY OF KING, WA; INTERNATIONAL MUNICIPAL LAWYERS ASSOCIATION; U.S. CONFERENCE OF MAYORS

    Amici Supporting Appellee

———————————

O R D E R

———————————

The petition for rehearing en banc was circulated to the full court. No judge requested a poll under Fed. R. App. P. 35. The court denies the petition for rehearing en banc.

                For the Court

                /s/ Patricia S. Connor, Clerk